AO 245D	(Rev. 12/03) Judgment in a Criminal Case for Revocations
		Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA
V.

QUINTER PEARSAL JOSEPH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   2:04CR76-THM
USM Number:   21349-001

Don Bethel
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  _1, 2, 3, 4, 5 and 6_  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify of a change of employment | 09/13/2006 |
| 2 | Failure to notify of a change of residence | 09/13/2006 |
| 3 | Failure to submit monthly supervision report | 09/13/2006 |
| 4 | Leaving the judicial district without permission | 09/13/2006 |
| 5 | Possession of a controlled substance | 09/13/2006 |
| 6 | Commission of a new offense | 11/14/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s) __7__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   00/00/1968

Defendant's Residence Address:

308 Palmetto Avenue

Anniston, Alabama 36201

Defendant's Mailing Address:

105 Sage Street

Troy, Alabama 35801

December 7, 2006
Date of Imposition of Judgment

*/s/ Truman Hobbs*
Signature of Judge

TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

December 7, 2006
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: QUINTER PEARSAL JOSEPH | Judgment — Page  2  of  2 |
| CASE NUMBER: 2:04CR76-TMH |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Six (6) months.

It is ORDERED that the term of supervised release imposed on August 26, 1998, is REVOKED.

X    The court makes the following recommendations to the Bureau of Prisons:
     That defendant be designated to a local jail-type facility maintained or under contract to the Federal Bureau of Prisons for a term of 6 months and shall comply with the rules of that facility.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL